# United States Bankruptcy Court
## Northern District of Georgia

In re  **Phalon Alexander**  
Debtor(s)

Case No.  **16-57445**  
Chapter  **13**

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, **Phalon Alexander**, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐ I am unemployed; or

☑ I am self-employed; or

☐ My employer did not provide pay stubs.

☐ Other

Date **May 17, 2016**

Signature **/s/ Phalon Alexander**
**Phalon Alexander**
Debtor